1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11   MICROSOFT CORPORATION,                 Case No. 3:07-cv-01167-L-WMC

12                    Plaintiff,             PERMANENT INJUNCTION AGAINST
                                             DEFENDANT DANIEL NGUYEN, AN
13          v.                               INDIVIDUAL, D/B/A IDEAL COMPUTER
                                             SOLUTIONS
14   DANIEL NGUYEN, an individual, d/b/a
     IDEAL COMPUTER SOLUTIONS; and
15   PHUC NGUYEN, an individual, d/b/a
     IDEAL COMPUTER SOLUTIONS,
16
                     Defendants.
17

18          Pursuant to the joint motion of the parties and good cause appearing therefor, IT IS

19   HEREBY ORDERED that Defendant Daniel Nguyen, an individual, d/b/a Ideal Computer

20   Solutions, along with his agents, servants, employees, representatives, successors and assignees,

21   and all those acting in concert or participation with him, shall be, and hereby are,

22   PERMANENTLY ENJOINED and restrained from:

23          (a)     imitating, copying, or making any other counterfeit distribution of software

24   programs, components, end user license agreements ("EULAs"), Certificates of Authenticity

25   ("COAs") or items protected by Microsoft's registered trademarks and service marks, including,

26   but not limited to, the following Trademark and/or Service Mark Registration Numbers:

27          (1)     1,200,236 ("MICROSOFT");

28

1    (2)    1,256,083 ("MICROSOFT");

2    (3)    1,475,795 ("POWERPOINT");

3    (4)    1,741,086 ("MICROSOFT ACCESS");

4    (5)    2,188,125 ("OUTLOOK"); and

5    (6)    1,982,562 (PUZZLE PIECE LOGO);

6 or the software programs, components, EULAs, COAs, items or things protected by the following

7 Certificate of Copyright Registration Numbers:

8    (1)    TX 5-329-272 ("Office XP Professional");

9    (2)    TX 5-321-421 ("Access 2002");

10    (3)    TX 5-318-231 ("Excel 2002");

11    (4)    TX 5-321-422 ("Outlook 2002");

12    (5)    TX 5-318-232 ("PowerPoint 2002"); and

13    (6)    TX 5-321-425 ("Word 2002");

14 or any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

15    (b)    manufacturing, assembling, producing, distributing, offering for distribution,

16 circulating, selling, offering for sale, advertising, importing, promoting, or displaying any

17 software programs, component, EULA, COA, item or thing bearing any simulation, reproduction,

18 counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service

19 mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in

20 Paragraph (a) above;

21    (c)    using any simulation, reproduction, counterfeit, copy, or colorable imitation of

22 Microsoft's registered trademarks or service mark including, but not limited to, the Trademark

23 and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the

24 manufacture, distribution, offering for distribution, sale, offering for sale, advertisement,

25 promotion, or display of any software, component, EULA, COA, item or thing not authorized or

26 licensed by Microsoft;

27    (d)    using any false designation of origin or false description which can or is likely to

28 lead the trade or public or individuals erroneously to believe that any software, component,

1   EULA, COA, item, or thing has been manufactured, produced, distributed, offered for

2   distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or

3   for Microsoft, when such is not true in fact;

4       (e)    using the names, logos, or other variations thereof of any of Microsoft's copyrights

5   and/or trademark-protected software programs in any of Defendant's trade names;

6       (f)    engaging in any other activity constituting an infringement of any of Microsoft's

7   trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to

8   exploit these trademarks, service mark, and/or copyrights, or constituting any dilution of

9   Microsoft's name, reputation, or goodwill; and

10       (g)    assisting, aiding, or abetting any other person or business entity in engaging in or

11   performing any of the activities referred to in paragraphs (a) through (f) above.

12       IT IS SO ORDERED.

13

14   DATED:  April 22, 2008

    HONORABLE M. JAMES LORENZ

15       United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28