1
2
3
4
5
6
7
8
9
10                         UNITED STATES DISTRICT COURT
11                        SOUTHERN DISTRICT OF CALIFORNIA
12

| 13 | MICROSOFT CORPORATION, | Case No. 3:07-cv-01167-L-WMC |
|---|---|---|
| 14 | Plaintiff, | ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE |
| 15 | v. | |
| 16 | DANIEL NGUYEN, an individual, d/b/a IDEAL COMPUTER SOLUTIONS; and PHUC NGUYEN, an individual, d/b/a IDEAL COMPUTER SOLUTIONS, | |
| 17 | | |
| 18 | Defendants. | |
| 19 | | |

20
21
22
23
24
25
26
27
28

41826-5191/LEGAL14078823.1                                CASE NO. 3:07-CV-01167-L-WMC

1  Pursuant to the joint motion of the parties and good cause appearing therefor, Defendant
2  Daniel Nguyen, an individual, d/b/a Ideal Computer Solutions, is hereby dismissed with prejudice
3  from Plaintiff Microsoft Corporation's ("Microsoft") Complaint pursuant to Rule 41(a) of the
4  Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.
5  This Court shall retain jurisdiction to enforce the Permanent Injunction entered by this
6  Court and the Settlement Agreement and Release between Microsoft and Defendant.
7  IT IS SO ORDERED.

DATED: April 23, 2008

_____
HONORABLE M. JAMES LORENZ
United States District Judge